IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SANDRA WELLS formerly known as Sandra Farris<br>　　PLAINTIFF<br>VS.<br><br>CACH, L.L.C.<br>　　DEFENDANT | *<br>*<br>*<br>*  CIVIL ACTION NO. 1:09-cv-00791<br>*<br>*<br>* |

## **NOTICE OF DISMISSAL WITH PREJUDICE**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41, Sandra Wells, Plaintiff, hereby stipulates to and gives notice of the dismissal with prejudice of the above-entitled and numbered action.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　BY ATTORNEY:

　　　　　　　　　　　　　　　　s/Garth J. Ridge
　　　　　　　　　　　　　　　　GARTH J. RIDGE
　　　　　　　　　　　　　　　　Bar Roll Number 20589
　　　　　　　　　　　　　　　　251 Florida Street, Suite 301
　　　　　　　　　　　　　　　　Baton Rouge, Louisiana 70801
　　　　　　　　　　　　　　　　Telephone Number: (225) 343-0700
　　　　　　　　　　　　　　　　Facsimile Number: (225) 343-7700
　　　　　　　　　　　　　　　　E-Mail: GarthRidge@aol.com

　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF